COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name:      Ex parte Maurice Edwards

Appellate case number:   01-19-00100-CR

Trial court case number:  1620108

Trial court:                    209th District Court of Harris County

Date motion filed:           August 24, 2020

Party filing motion:         Appellee


　　　　We **grant** appellee's "Motion for Leave to File Supplemental Brief for State's Motion for Rehearing in Expedited Appeal."  We **deny** appellee's motion for rehearing.


Judge's signature: ___/s/ Julie Countiss_____
　　　　　　　　　　　　　Acting for the Court

Panel consists of:  Justices Lloyd, Landau, and Countiss.

Date:   ___October 27, 2020_____